*E-FILED: January 17, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE GUADALUPE CASTRO-GARCIA, | No. C13-00006 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| TIMOTHY JOSEPH BRENNAN, M.D. and CLINICA DE SALUD DEL VALLE DE SALINAS, | |
| Defendants. | |

Defendants have filed a motion to dismiss. Because not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear that motion. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a district judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: January 17, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-00006-HRL Notice has been electronically mailed to:

James A. Scharf     james.scharf@usdoj.gov, mimi.lam@usdoj.gov

5:13-cv-00006-HRL Notice sent by U.S. Mail to:

Jose Guadalupe Castro-Garcia
9243 Campo de Casa
Castroville, CA 95012

      Pro Se Plaintiff

**United States District Court**
For the Northern District of California

2